IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | CRIMINAL NO. 08-0226 |
| **SEAN BUNDY** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In his most recent motion, Mr. Bundy requests that the Court appoint new counsel to represent him (ECF No. 479).

First, in the current context, Mr. Bundy is not entitled to appointed counsel as a matter of right. To the extent that the Court determines that it is appropriate to appoint counsel, Mr. Bundy is not entitled to a lawyer of his choice. Second, the Court has been accommodating with respect to Mr. Bundy's demands and complaints with respect to counsel to this point. Third, careful review of Mr. Bundy's most recent request reveals no persuasive ground or justification for appointing new counsel. The Court concludes that Mr. Bundy continues to be effectively represented by Mr. Ruter.

Accordingly, the motion (ECF No. 479) is DENIED.

DATED this 29th day of June, 2023.

BY THE COURT:

/S/ JAMES K. BREDAR
James K. Bredar
Chief Judge